IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN P. ADUMAT,<br><br>    Plaintiff,<br><br>v.<br><br>MARY E. DEGANHART AND<br>BRENDA R. GILBERT,<br><br>    Defendants. | Case No. 2:24-CV-00047-BMM<br><br><br><br>ORDER |

The Honorable Mary E. Deganhart's Motion for Leave to Appear Remotely for September 12, 2024 Hearing, any Response and Reply, and being fully advised in the premises, hereby GRANTS the Motion. Judge Deganhart's counsel may appear via Zoom and will contact the Clerk of Court's Office for the Zoom link.

DATED this 10th day of September, 2024.

_____
Brian Morris
United States District Court Judge

1